# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Anthony A. Akins,** in his individual and representative capacity as trustee of the A A & T S Akins Family Trust;
**Tina S. Akins,** in her individual and representative capacity as trustee of the A A & T S Akins Family Trust;
**Concord Feed & Fuel, Inc.**, a California Corporation; and Does 1-10,

    Defendants

**Case:** 2:16-cv-02067-MCE-KJN

**Order for Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses**

In accordance with the Court's ruling on April 12, 2018, the Clerk of Court is directed to enter JUDGMENT in favor of plaintiff Scott Johnson and against defendants Anthony A. Akins, Tina S. Akins and Concord Feed & Fuel, Inc., in the amount of $5,630 in attorneys' fees and $675 in costs for a total of $6,305. The matter having now been concluded in its entirety, the Clerk is also directed to close the file.

IT IS SO ORDERED.

Dated: May 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1